## First Department, November, 1977

### (November 1, 1977)

■ Eugene Feraldis, Appellant, v Park View Construction Company et al., Respondents. (And Two Other Actions.)—Order, Supreme Court, New York County, entered on September 27, 1976, unanimously affirmed, without costs and without disbursements. Appeal from order, Supreme Court, New York County, entered on September 15, 1976, unanimously dismissed, as nonappealable, without costs and without disbursements. No opinion. Concur—Murphy, P. J., Birns, Evans and Capozzoli, JJ.

■ The People of the State of New York, Respondent, v Louis Baez, Appellant.—Judgment, Supreme Court, Bronx County, rendered on June 20, 1975, and judgment, Supreme Court, Bronx County, on the same date, each unanimously affirmed. Defendant-appellant's counsel's application to withdraw as such counsel is denied. Concur—Murphy, P. J., Birns, Evans and Capozzoli, JJ.

■ Bernice R. Levene et al., Appellants, v Woman's Hospital, Defendant, and St. Luke's Hospital Center et al., Respondents. Pioneer Blood Service, Inc., Defendant and Third-Party Plaintiff, v United Biologics Corporation, Third-Party Defendant.—Order, Supreme Court, New York County, entered on May 2, 1977, so far as appealed from, unanimously affirmed, without costs and without disbursements. (See *Perlmutter v Beth David Hosp.,* 308 NY 100; *Milau Assoc. v North Ave. Dev. Corp.,* 42 NY2d 482.) Concur—Kupferman, J. P., Birns, Capozzoli and Lane, JJ.

■ Seymour H. Kaufman, Respondent, v Ford Motor Company, Appellant, et al., Defendant.—Order, Supreme Court, New York County, entered on April 25, 1977, unanimously affirmed for the reasons stated by Gellinoff, J., at Special Term. Respondent shall recover of appellant $60 costs and disbursements of this appeal. Concur—Lupiano, J. P., Capozzoli, Lane and Yesawich, JJ.

■ Carmen Tavarez et al., Appellants, v Mt. Sinai Hospital, Respondent, et al., Defendant.—Order, Supreme Court, New York County, entered on September 8, 1976, unanimously affirmed, without costs and without disbursements. Appeal from order of said court, entered on March 7, 1977, unanimously dismissed, without costs and without disbursements, as academic. Concur—Kupferman, J. P., Lupiano, Silverman and Markewich, JJ.

■ In the Matter of Cosmopolitan Mutual Insurance Company, Appellant, v Willie E. Sneed et al., Respondents.—Judgment, Supreme Court, New York County, entered on February 24, 1977, unanimously affirmed. (See *Matter of Cosmopolitan Ins. Co. [Sneed],* 55 AD2d 542; *Matter of Adams [Government Employees Ins. Co.],* 52 AD2d 118.) Respondents shall recover of appellant $60 costs and disbursements of this appeal. Concur—Kupferman, J. P., Lupiano, Silverman and Markewich, JJ.